People ex rel. Carter v La Rocca (2024 NY Slip Op 00157)

People ex rel. Carter v La Rocca

2024 NY Slip Op 00157

Decided on January 11, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 11, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

BETSY BARROS, J.P.
CHERYL E. CHAMBERS
PAUL WOOTEN
LILLIAN WAN, JJ.

2023-12289

[*1]The People of the State of New York, ex rel. Jerald S. Carter, on behalf of Ion Vlad, petitioner,
v
Anthony J. La Rocca, etc., respondent.

Jerald S. Carter, Garden City, NY, petitioner pro se.
Anne T. Donnelly, District Attorney, Mineola, NY (Jared A. Chester and Ross Gudis of counsel), for respondent.

DECISION & JUDGMENT
Writ of habeas corpus in the nature of an application to release Ion Vlad upon his own recognizance or, in the alternative, to set reasonable bail upon Nassau County Superior Court Information No. 71148/2023.
ADJUDGED that the writ is dismissed, without costs or disbursements.
The determination of the Supreme Court, Nassau County, did not violate "constitutional or statutory standards" (People ex rel. Klein v Krueger , 25 NY2d 497, 499; see People ex rel. Rosenthal v Wolfson , 48 NY2d 230).
BARROS, J.P., CHAMBERS, WOOTEN and WAN, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court